IRENE HART, Respondent, *v.* THE TRAVELERS INSURANCE COMPANY, Appellant.

(Argued January 12, 1933; decided January 27, 1933.)

*Bernard J. McGlinn* and *William J. Moran* for appellant.
*Frederic G. Rita* and *Joseph A. Reilly* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.